# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RHONDA MARLEAN MASSEY**                                     **PLAINTIFF**

**V.**                              **NO. 4:14CV209-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

## JUDGMENT

Plaintiff Rhonda Marlean Massey's appeal is denied and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

So ordered, this 11th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE